

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

    - v. -

JOSHUA BURRELL                          :   21 Cr. 663 (LAK)

             Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Upon the application of the United States of America, with the consent of the defendant, the Court hereby orders that the defendant's conditions of pretrial release are modified by adding the following conditions:

    1.    The defendant must sign a $500,000 appearance bond, to be co-signed no later than December 13, 2021 by two financially responsible persons.

    2.    The defendant must remove himself as a signatory from any business bank accounts associated with Activated Capital, LLC and related entities no later than December 13, 2021.

    3.    The defendant shall avoid all contact, except in the presence of counsel, with investors in any funds managed by Activated Capital, LLC.

    4.    The defendant's travel shall be restricted to the Southern District of New York and the Eastern District of New York.

SO ORDERED:

Dated: New York, New York
       November 29, 2021

                                                                        THE HONORABLE LEWIS A. KAPLAN
                                                                        UNITED STATS DISTRICT JUDGE