Case 1:21-cr-00663-LAK Document 18 Filed 01/31/22 Page 1 of 1



**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

MEMO ENDORSED

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

January 31, 2022

**BY ECF:**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2022

RE: USA v. Joshua Burrell
Case No.: 21 Cr. 663 (LAK)
Southern District of New York

Dear Judge Kaplan:

Please be advised that I represent **Joshua Burrell** in the above referenced action. As per Your Honor's Order on November 29, 2021 (ECF No. 12) Defense Motions are due today. My client and I are still in the process of reviewing the discovery, which includes a second production on January 19, 2022, and third production January 28, 2022.

Accordingly, I respectfully request that the current deadlines, as set forth on the docket (ECF No. 12) be adjourned, so that my client and I may have the opportunity to properly review the information contained in the Government's recent productions. I would further respectfully request that any Defense motion be due no earlier than four (4) weeks from the date of this letter.

The Government has no objection to this request. Thank you for your consideration.

Sincerely,
**Spodek Law Group P.C.**
/S/ Todd A. Spodek

Granted. Any motions shall be filed by or before 2/15/22. Gov't opposition on or before 2/28/22. Any reply on or before 3/7/22.

SO ORDERED
/s/ Kaplan
LEWIS A. KAPLAN, USDJ
2/1/22

TAS/
cc: All Counsel (By ECF).

85 Broad Street, 17th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com