

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

February 15, 2022

**BY ECF:**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        RE:    USA v. Joshua Burrell
                Case No.: 21 Cr. 663 (LAK)
                <u>Southern District of New York</u>

Dear Judge Kaplan:

      Please be advised that I represent **Joshua Burrell** in the above referenced action. As per Your Honor's February 21, 2022 Order (ECF No.: 19) any defense motions are due today.

      I am in touch with the Government regarding a pretrial disposition. I respectfully request the current motion schedule be adjourned for three weeks to finalize our negotiations. This is my second request for an adjournment of the motion schedule.

      The Government has no objection to this request. Thank you for your consideration.

                                    Sincerely,
                              **Spodek Law Group P.C.**
                              /S/ Todd A. Spodek

TAS/
cc:    All Counsel (By ECF).
       AUSA Daniel Loss (By Email).
       AUSA Alexander Rossmiller (By Email).

*[Handwritten note:] Briefing extended motions 21 days*
*/s/ Lewis A. Kaplan*
*2/16/22*

---

85 Broad Street, 17th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com