

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

March 2, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/22

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com



**BY ECF:**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    USA v. Joshua Burrell
            Case No.: 21 Cr. 663 (LAK)
            <u>Southern District of New York</u>

Dear Judge Kaplan:

    Please be advised that I represent **Joshua Burrell** in the above referenced action. Pursuant to the appearance bond dated <u>November 29, 2021</u> (ECF No.: 12) Mr. Burrell is not permitted to travel outside of SDNY/EDNY.

    I am writing to request Your Honor modify the bond to permit Pretrial Services to approve any future domestic travel.

    The Government has no objection to this request. Thank you for your consideration.

                               Sincerely,
                            **Spodek Law Group P.C.**
                             /S/ Todd A. Spodek

**MEMO ENDORSED**

TAS/az
cc:    AUSA Daniel Loss (By Email).
        AUSA Alexander Rossmiller (By Email).
        PTS Karina Chin Vilefort (By Email).

Granted

SO ORDERED
LEWIS A. KAPLAN, USDJ 3/3/22

---

85 Broad Street, 17th Floor NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com