```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-1-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :          1:21-CR-663
      -against-                     :
                                    :          ORDER
   Joshua Burrell                   :
                                    :
      Defendant                     :
                                    :
------------------------------------X

Lewis A. Kaplan, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's release conditions be modified to include the condition of mental health assessment and treatment under the guidance of Pretrial Services.

Dated: New York, New York

~~July~~ Aug. 1, 2022

SO ORDERED:

_____
Honorable Lewis A. Kaplan
United States District Judge