UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA              :
                                      :     **ORDER**
            - v. -                    :
                                      :     21 Cr. 663 (LAK)
JOSHUA BURRELL,                       :
                                      :
            Defendant.                :
                                      :
------------------------------------x

WHEREAS, with defendant Joshua Burrell's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 12, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that defendant Burrell entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that defendant Burrell's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
            September 7, 2022

                                    _____
                                    THE HONORABLE LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE