USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :       ORDER OF
              - v. -                :       RESTITUTION
                                    :
JOSHUA BURRELL,                     :       21 Cr. 663 (LAK)
                                    :
                    Defendant.      :
                                    :
------------------------------------X

    Upon the application of the United States of America, by
its attorney, Damian Williams, United States Attorney for the
Southern District of New York, Daniel Loss, Assistant United
States Attorney, of counsel; the presentence report; the
Defendant's conviction on Count One of the above Indictment;
and all other proceedings in this case it is hereby ORDERED
that:

    1.  **Amount of Restitution.**  JOSHUA BURRELL, the
defendant, shall pay restitution to the known victims of the
offense charged in Count One of the Indictment in the total
amount of $5,763,420.  The amount of restitution owed to
each victim of the offense charged in Count One of the
Indictment is set forth in the Schedule of Victims attached
hereto.  To the extent that any payments are made to victims
from funds managed by Activated Capital, LLC, the amounts of
such payments shall be credited against BURRELL's restitution
obligations.  Upon advice of a change of address, the Clerk

1

of the Court is authorized to send payments to the new address without further order of this Court.

2. **Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) and 3663(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained or used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:   New York, New York
         September 20, 2022

SO ORDERED:

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE