```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
United States of America,

vs.                                                          1: 21 CR 663-01 (LAK)

Joshua Burrell (USMS 74459-509),

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      The Court having sentenced this defendant on September 20, 2022 to a term of incarceration,

      IT IS HEREBY RECOMMENDED that consistent with the policies of the Bureau of Prisons the defendant be designated to USP Lewisburg Satellite Camp.

DATED: Sep. 27, 2022

                                                                Lewis A. Kaplan
                                                  United States District Judge