

**SPODEK LAW GROUP** P.C.

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 23, 2024

**MEMO ENDORSED**

**BY ECF:**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/24

    RE:    United States v. Joshua Burrell
           Case No.: 21-cr-00663-1 (LAK)
           Southern District of New York
           <u>Letter Motion Seeking Release of Passport</u>

Dear Judge Kaplan:

    Please be advised that I represent **Joshua Burrell** in the above captioned action. We respectfully submit this letter requesting that Pretrial Services release Mr. Burrell's passport and return it to him and/or defense counsel.

    On September 20, 2022, Your Honor sentenced Mr. Burrell to imprisonment for a total term of forty-eight (48) months (ECF No.: 48). Mr. Burrell was released from USP Lewisburg on February 6, 2024.

    The Government has no objection to this request. Thank you for your consideration.

                          Sincerely,
                      **Spodek Law Group P.C.**
                         /s/ Todd A. Spodek
                         Todd A. Spodek

cc:    AUSA Alexander Rossmiller (By ECF)
        PTS Kathia Bermudez (By Email)
        PTS Karina Chin Vilefort (By Email)

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
4/23/24